IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **ORECK CORPORATION** | ) Case No.: 3:13-04006 |
| | ) Chapter 11 |
| Debtor(s). | ) Judge Lundin |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

The United States Trustee for the Middle District of Tennessee, Region 8, through undersigned counsel, hereby files this Notice of Appearance in accordance with FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 and 5005 and requests notice of all pleadings, documents and papers filed in this case, and all underlying and related proceedings. Pursuant to Local Rules of Court – Administrative Procedures for Electronic Case Filing entered and adopted September 14, 2004, electronic notice should also be sent to Charles.Walker@usdoj.gov.

Paper mailing for the first pleading initiating a potential LBR 9013 contested matter must be sent in accordance with the FRBP to:

> ***CHARLES M. WALKER***
> ***Attorney for the U.S. Trustee, Region 8***
> ***Office of the U.S. Trustee***
> ***318 Customs House, 701 Broadway***
> ***Nashville, TN  37203***

> /S/ CHARLES M. WALKER (TN BPR #19884)
> **Charles M. Walker**
> **Attorney for the U. S. Trustee, Region 8**
> **Office of the U. S. Trustee**
> **318 Customs House, 701 Broadway**
> **Nashville, TN  37203**
> Tel:     (615) 736-2259
> Fax:    (615) 736-2260
> Email:  Charles.Walker@usdoj.gov