# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 13-4006 |
| ORECK CORPORATION, | ) Chapter 11 |
| | ) Judge Lundin |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appears for and on behalf of Oreck Acquisition Holdings LLC ("Oreck Acquisition") for all purposes in connection with this case. Pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9010(b), the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, and disclosure statements filed or served in this case, and requests that the name and address of the undersigned be added to all mailing matrices in this case. Service may be made and directed as follows:

> David W. Houston, IV
> BURR & FORMAN LLP
> 700 Two American Center
> 3102 West End Avenue
> Nashville, Tennessee 37203
> Telephone: (615) 724-3215
> Facsimile: (615) 724-3315
> Email: dhouston@burr.com

This notice of appearance and request for notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments, and orders in this case. By submitting this notice of appearance and request for notices, Oreck Acquisition is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and Oreck Acquisition expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which Oreck Acquisition may be a party.

Respectfully submitted,

*/s/ David W. Houston, IV*
David W. Houston, IV (#020802)
Faisal Delawalla (#029126)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com
*Counsel for Oreck Acquisition Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013, a true and correct copy of the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ David W. Houston, IV*
David W. Houston, IV (#020802)