IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| **Oreck Corporation,** *et al.* | ) | **Case No. 13-04006** |
| | ) | **(Joint Administration Pending)** |
| | ) | **Judge Lundin** |
| **Debtors.** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., pursuant to Fed. R. Bankr. P. 9010, through undersigned counsel, gives notice of its appearance in this bankruptcy proceeding as counsel for *Black Diamond Commercial Finance, L.L.C.* and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon its attorney-of-record as follows:

> John H. Rowland (BPR # 013944)
> Courtney H. Gilmer (BPR # 022131)
> Jaime L. DeRensis (BPR # 029796)
> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, P.C.
> 211 Commerce Street, Suite 800
> Nashville, Tennessee 37201
> (615) 726-5544 (telephone)
> (615) 744-5544 (facsimile)
> Email for ECF purposes:
> businessbknash@bakerdonelson.com
> Email for all other purposes:
> jrowland@bakerdonelson.com, cgilmer@bakerdonelson.com
> jderensis@bakerdonelson.com

This request encompasses all notices and pleadings filed in this proceeding, including, without limitation, notices of any Orders, Motions, Complaints, Petitions, pleadings or requests, applications, and any other documents brought before this Court, whether formal or informal,

written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect this proceeding.

Dated: May 7, 2013

> Respectfully submitted,
>
> */s/ John H. Rowland*
> John H. Rowland (BPR # 013944)
> Courtney H. Gilmer (BPR # 022131)
> Jaime L. DeRensis (BPR # 029796)
> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, P.C.
> 211 Commerce Street, Suite 800
> Nashville, Tennessee 37201
> (615) 726-5544 (telephone)
> (615) 744-5544 (facsimile)
> Email for ECF purposes:
> businessbknash@bakerdonelson.com
> Email for all other purposes:
> jrowland@bakerdonelson.com
>
> ***Attorneys for Black Diamond Commercial Finance, L.L.C.***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of May, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, first-class postage prepaid. Parties may access this filing through the Court's electronic filing system:

>William L. Norton, III
>Alexandra E. Dugan
>Bradley Arant Boult Cummings LLP
>1600 Division Street, Suite 700
>Nashville, Tennessee 37203
>
>Office of the United States Trustee
>701 Broadway, Suite 318
>Nashville, Tennessee 37203

>*/s/ John H. Rowland*
>John H. Rowland