# UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **ORECK CORPORATION, *ET AL.*,** | Case No. 13-04006 |
| Debtors.[1] | Judge Lundin<br>(Jointly Administered) |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO APPLICATION FOR ORDER OF EMPLOYMENT AND RETENTION OF SAWAYA SEGALES & CO., LLC NUNC PRO TUNC TO MAY 6, 2013

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned proposed counsel, hereby submits this response (the "Response") to the Debtors' *Application For Order Of Employment And Retention Of Sawaya Segales & Co., LLC Nunc Pro Tunc To May 6, 2013* [Docket No. 94] (the "Retention Application"). In support of this Response, the Committee respectfully states as follows:

## GENERAL BACKGROUND

1. On May 6, 2013 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Since the Petition Date, the Debtors continue to operate their businesses and managed their properties as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No Examiner has been appointed in the Debtors' bankruptcy cases.

---

[1] The Debtors are as follows: Oreck Corporation, ASP Oreck, Inc., Oreck Direct, LLC, Oreck Merchandising, LLC, Oreck HomeCare, LLC, Vecteur, LLC, Oreck Holdings, LLC, Oreck Manufacturing Company, and Oreck Sales, LLC.

3. On May 16, 2013, the Office of the United States Trustee appointed the Committee pursuant to 11 U.S.C. § 1102. [Docket No. 103].

4. The Retention Application was also filed on May 16, 2013.

5. On May 17, 2013, the Committee selected Lowenstein Sandler LLP to serve as its counsel.

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this Response pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## THE RESPONSE

7. Through the Retention Application, the Debtors seek authorization to retain Sawaya Segales & Co., LLC *nunc pro tunc* to May 6, 2013, to provide investment banking services, including a range of financial advisory services, on an exclusive basis. (Retention Application at ¶¶ 7-8).

8. As set forth above, the Committee was just recently appointed, and just recently retained counsel. Consequently, the Committee requires additional time to further consider the relief requested in the Retention Application, and the opportunity to discuss any issues with counsel for the Debtors. The Committee respectfully files this Response to preserve all rights in that regard.

Respectfully submitted,

*/s/ Daniel H. Puryear*
Daniel H. Puryear; No. 18190
Maximilian R. Loosen; No. 27388
Puryear Law Group
102 Woodmont Boulevard
Woodmont Centre, Suite 520
Nashville, TN 37205
(615) 630-6601 – Telephone
(615) 630-6602 – Facsimile
dpuryear@puryearlawgroup.com
mloosen@puryearlawgroup.com

and

**LOWENSTEIN SANDLER LLP**

*/s/ Sharon L. Levine*
Sharon L. Levine, Esq.
Kenneth A. Rosen, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
slevine@lowenstein.com
krosen@lowenstein.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to those parties specifically requesting electronic service. The following parties will be served via first class, U.S. Mail, postage prepaid:

| | |
|---|---|
| William L. Norton, III<br>Bradley Arant Boult Cummings, LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203 | United States Trustee<br>318 Customs House<br>701 Broadway<br>Nashville, TN 37203 |

Beth R. Derrick
Assistant US Trustee
Office of United States Trustee
318 Customs House
701 Broadway
Nashville, TN 37203

on this the 20th day of May, 2013.

The parties may access this filing through the Court's electronic filing system.

*/s/ Daniel H. Puryear*
Daniel H. Puryear