**UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>**ORECK CORPORATION, *ET AL.*,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 13-04006<br><br>Judge Lundin<br>(Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST FOR HEARING ON (1) MOTION FOR ORDER
APPROVING THE DIP FINANCING, (2) MOTION TO SELL PROPERTY FREE AND
CLEAR OF LIENS, (3) APPLICATION TO EMPLOY SAWAYA SEGALAS & CO., (4)
MOTION TO EXTEND THE TIME TO FILE STATEMENTS OF FINANCIAL
AFFAIRS AND SCHEDULES, (5) MOTION TO SET LAST DAY TO FILE PROOFS OF
CLAIM, (6) MOTION TO SUBSTANTIVELY CONSOLIDATE THE DEBTORS'
BANKRUPTCY CASES, AND (7) MOTION FOR EXPEDITED HEARING ON THE
DEBTORS' MOTION TO SUBSTANTIVELY CONSOLIDATE CHAPTER 11 CASES**

The official committee of unsecured creditors (the "Committee") appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned proposed counsel, state that they may offer into evidence exhibits listed on the exhibit list of any other party and any exhibits necessary for impeachment purposes at the hearing on the above-referenced motions scheduled to begin on May 21, 2013.

The Committee further states that it may call the following witness to testify:

1. Wayne Weitz, Senior Director of Gavin/Solmonese, the proposed financial advisors to the Committee.

---

[1] The Debtors are as follows: Oreck Corporation, ASP Oreck, Inc., Oreck Direct, LLC, Oreck Merchandising, LLC, Oreck HomeCare, LLC, Vecteur, LLC, Oreck Holdings, LLC, Oreck Manufacturing Company, and Oreck Sales, LLC.

The Committee reserves the right to call as witnesses any witness identified on the witness list of any other party.

Respectfully submitted,

*/s/ Daniel H. Puryear*
Daniel H. Puryear; No. 18190
Maximilian R. Loosen; No. 27388
Puryear Law Group
102 Woodmont Boulevard
Woodmont Centre, Suite 520
Nashville, TN 37205
(615) 630-6601 – Telephone
(615) 630-6602 – Facsimile
dpuryear@puryearlawgroup.com
mloosen@puryearlawgroup.com

and

**LOWENSTEIN SANDLER LLP**

*/s/ Sharon L. Levine*
Sharon L. Levine, Esq.
Kenneth A. Rosen, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
slevine@lowenstein.com
krosen@lowenstein.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to those parties specifically requesting electronic service. The following parties will be served via first class, U.S. Mail, postage prepaid:

| | |
|---|---|
| William L. Norton, III | United States Trustee |
| Bradley Arant Boult Cummings, LLP | 318 Customs House |
| 1600 Division Street, Suite 700 | 701 Broadway |
| Nashville, TN 37203 | Nashville, TN 37203 |

Beth R. Derrick
Assistant US Trustee
Office of United States Trustee
318 Customs House
701 Broadway
Nashville, TN 37203

on this the 20th day of May, 2013.

  The parties may access this filing through the Court's electronic filing system.

        */s/ Daniel H. Puryear*
        Daniel H. Puryear