IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **ORECK CORPORATION, et al** ) | Case No. 13-04006 |
| ) | Judge Lundin |
| 565 Marriott Dr., Suite 300 ) | |
| Nashville, TN 37214 ) | (Jointly Administered) |
| Debtors. ) | |

**AGREED ORDER ON HEARING ON MOTION TO
SUBSTANTIVELY CONSOLIDATE CHAPTER 11 CASES**

This is before the Court upon the Debtors' Motion to Substantively Consolidate Chapter 11 cases (the "Consolidation Motion"). It appearing to the satisfaction of the Court, based on the signatures below, that the Unsecured Creditors' Committee, the United States Trustee and the Pre-Petition Second Lien Agent and Lenders (the "Specified Parties-in-Interest") and the Debtors have agreed (a) to adjourn the hearing currently scheduled for July 9, 2013, at 9:00 a.m., solely as it relates to the Consolidation Motion until a sale of substantially all of the Debtors' assets has been consummated (the "Sale Closing") and (b) that the rights of the Specified Parties-in-Interest to present any objections to the Consolidation Motion to this Court are expressly reserved. It is hereby

ORDERED that a hearing to consider the Consolidation Motion will be held on July 30, 2013, at 9:00 a.m., Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee, 37203 (the "Hearing"), provided, however, that if the Sale Closing has not occurred prior to July 16, 2013, the Hearing shall be further adjourned until such date as may be scheduled by this Court that is at least 20 days after the Sale Closing.

7/3158161.1

ORDERED that the Specified Parties-in-Interest shall file any objection that they may have to the Consolidation Motion within 7 days prior to any hearing held to consider the Consolidation Motion.

ORDERED that the entry of this Order is without prejudice to the rights of the Specified Parties-in-Interest to obtain discovery.

**This Order Was Signed And Entered Electronically as Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ William L. Norton III*
William L. Norton, III (# 10075)
Alexandra E. Dugan (#30420)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, Tennessee 37203
(615) 252-2397
(615) 252-6397 (fax)
bnorton@babc.com
adugan@babc.com

*Attorneys for Debtors*

*/s/ Lloyd Mueller*
Lloyd Mueller
Trial Attorney
Office of The United States Trustee
701 Broadway
Suite 318
Nashville, Tennessee 37203
(615) 736-2254 (phone)
(615) 736-2260 (fax)
Lloyd.E.Mueller@usdoj.gov

*United States Trustee for Region 8, Middle District of Tennessee*

7/3158161.1

*/s/ Joseph R. Prochaska*
Joseph R. Prochaska
Prochaska Quinn Thompson Ferraro
(615) 242-0060 (phone)
(615) 242-0124 (fax)
joeprochaska@ptqflegal.com

-and-

Richard A. Stieglitz Jr.
Cahill Gordon & Reindel LLP
80 Pine St.
New York, NY 10005-1702
(212) 701-3393 (phone)
(212) 378-2452 (fax)
rstieglitz@cahill.com

*Attorneys for Pre-Petition Second Lien Agent and Lenders*


AGREED AS TO FORM:

*/s/ Daniel H. Puryear*
Daniel H. Puryear; No. 18190
Maximilian R. Loosen; No. 27388
Puryear Law Group
102 Woodmont Boulevard
Woodmont Centre, Suite 520
Nashville, TN 37205
(615) 630-6601 – Telephone
(615) 630-6602 – Facsimile
dpuryear@puryearlawgroup.com
mloosen@puryearlawgroup.com

-and-

Sharon L. Levine, Esq.
Kenneth A. Rosen, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)

7/3158161.1

(973) 597-2400 (Facsimile)
slevine@lowenstein.com
krosen@lowenstein.com
steele@lowenstein.com

*Attorneys for Official Committee of Unsecured Creditors*

7/3158161.1