United States Bankruptcy Court
Middle District of Tennessee

In re:
Oreck Corporation
Debtor

Case No. 13-04006-RSM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-3 User: taa0611 Page 1 of 5 Date Rcvd: Nov 25, 2019
Form ID: pdf001 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db +Oreck Corporation, 565 Marriott Dr., Suite 300, Nasvhille, TN 37214-5022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:

ALEXANDRA E. DUGAN on behalf of Debtor Vecteur, LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Defendant Oreck Merchandising, LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Financial Advisor Gavin/Solmonese, LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Plaintiff O Corp Corporation f/k/a Oreck Corporation adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Debtor Oreck Holdings, LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Debtor Oreck Sales, LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Liquidator Gavin/Solmonese LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Debtor Oreck Merchandising, LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Debtor Oreck Direct, LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Debtor ASP Oreck, Inc. adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Debtor Oreck Manufacturing Co. adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Debtor Oreck Corporation adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Other Professional Gavin/Solmonese, LLC adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Defendant Oreck Corporation adugan@babc.com, jwatkins@babc.com
ALEXANDRA E. DUGAN on behalf of Debtor Oreck HomeCare, LLC adugan@babc.com, jwatkins@babc.com
BARBARA A ROSE on behalf of Creditor Turner Broadcasting Sales, Inc. brose@bakerdonelson.com, consumerbknash@bakerdonelson.com,jadams@bakerdonelson.com,dspiegel@bakerdonelson.com
BRIAN DAVID HUBEN on behalf of Creditor Passco Companies LLC brian.huben@kattenlaw.com, dustin.branch@kattenlaw.com;carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com
BRIAN DAVID HUBEN on behalf of Creditor The Macerich Company brian.huben@kattenlaw.com, dustin.branch@kattenlaw.com;carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com
BRIAN DAVID HUBEN on behalf of Creditor UCR Asset Services brian.huben@kattenlaw.com, dustin.branch@kattenlaw.com;carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com
DANIEL HAYS PURYEAR on behalf of Attorney Lowenstein Sandler, LLP dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
DANIEL HAYS PURYEAR on behalf of Liquidator Gavin/Solmonese LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
DANIEL HAYS PURYEAR on behalf of Creditor Committee Official Committee of Unsecured Creditors dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
DANIEL HAYS PURYEAR on behalf of Attorney Daniel H Puryear dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
DANIEL HAYS PURYEAR on behalf of Financial Advisor Gavin/Solmonese, LLC dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

DANIEL HAYS PURYEAR on behalf of Other Professional Gavin/Solmonese, LLC, Liquidating Trustee dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
DANIEL HAYS PURYEAR on behalf of Attorney Daniel H. Puryear dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com
DANIEL HURLEY RADER, IV on behalf of Creditor Karen Glenna Jackson danny@moorerader.com
DANIEL HURLEY RADER, IV on behalf of Creditor Deborah Darlene Bucher danny@moorerader.com
DANIEL HURLEY RADER, IV on behalf of Creditor Glenda Horn danny@moorerader.com
DANIEL HURLEY RADER, IV on behalf of Creditor JUDITH LYNNE RICH danny@moorerader.com
DAVID M ANTHONY on behalf of Defendant Coastal Sales Associates d/b/a Coordinated Strategic Alliances anthonybk@bonelaw.com
DAVID W HOUSTON, IV on behalf of Interested Party Oreck Acquisition Holdings LLC dhouston@burr.com, mmayes@burr.com
DAVID W HOUSTON, IV on behalf of Creditor David Oreck dhouston@burr.com, mmayes@burr.com
DENNIS W LOUGHLIN on behalf of Creditor Johnson Electric North America dloughlin@wnj.com, arey@wnj.com
DEREK W EDWARDS on behalf of Creditor General Electric Capital Retail Bank derek.edwards@wallerlaw.com, Chris.cronk@wallerlaw.com;bk@wallerlaw.com;nancy.easterling@wallerlaw.com
DIANE W SANDERS on behalf of Creditor Round Rock ISD austin.bankruptcy@publicans.com
DIANE W SANDERS on behalf of Creditor Nueces County austin.bankruptcy@publicans.com
DONALD J RAFFERTY on behalf of Interested Party SI Jacobson Manufacturing Company DRAFFERTY@CTKS.COM
DUSTIN P BRANCH on behalf of Creditor UCR Asset Services dustin.branch@kattenlaw.com
DUSTIN P BRANCH on behalf of Creditor Passco Companies LLC dustin.branch@kattenlaw.com
DUSTIN P BRANCH on behalf of Creditor The Macerich Company dustin.branch@kattenlaw.com
DUSTIN P BRANCH on behalf of Creditor Deutsche Asset Wealth Management dustin.branch@kattenlaw.com
Daniel I Waxman on behalf of Creditor Lead Plaintiffs and Putative Class bvp@kirtlandpackard.com
Daniel I Waxman on behalf of Creditor Greg Ruscitti bvp@kirtlandpackard.com
Daniel I Waxman on behalf of Creditor Gaya Yosri bvp@kirtlandpackard.com
Daniel I Waxman on behalf of Creditor Linda Gonzalez bvp@kirtlandpackard.com
Daniel I Waxman on behalf of Creditor Teri Latta bvp@kirtlandpackard.com
Daniel I Waxman on behalf of Creditor Scott Stiepleman bvp@kirtlandpackard.com
Daniel I Waxman on behalf of Creditor Gina Chenier bvp@kirtlandpackard.com
Daniel I Waxman on behalf of Creditor Edward Paragin bvp@kirtlandpackard.com
David L POLLACK on behalf of Creditor Novi Town Center Investors, LLC pollack@ballardspahr.com
David L POLLACK on behalf of Creditor Brixmor Property Group, Inc. pollack@ballardspahr.com
EDWIN K CAMSON camson@drumcapital.com
ERIC C. COTTON on behalf of Creditor DDR Corp. ECotton@ddr.com
ERIKA R. BARNES on behalf of Creditor Zhao Hui Filters (US) Inc. ebarnes@stites.com, erikarbarnes@gmail.com;mdennis@stites.com;docketclerk@stites.com
ERIKA R. BARNES on behalf of Creditor Wells Fargo Equipment Finance, a division of Wells Fargo Bank, N.A. ebarnes@stites.com, erikarbarnes@gmail.com;mdennis@stites.com;docketclerk@stites.com
ERIKA R. BARNES on behalf of Creditor Empire Die Casting Co., Inc. ebarnes@stites.com, erikarbarnes@gmail.com;mdennis@stites.com;docketclerk@stites.com
ERIN ELIZABETH BRODERICK on behalf of Creditor Simatelex Manufactory Company Limited erin.broderick@bakermckenzie.com
FAISAL DELAWALLA on behalf of Interested Party Oreck Acquisition Holdings LLC faisal.delawalla@bryancave.com, faisal.delawalla@bryancave.com
H ELIZABETH WELLER on behalf of Creditor City of Frisco dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Hood CAD dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Smith County dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Gregg County dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Cypress Fairbanks ISD dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Harris County dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Bexar County dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor TARRANT COUNTY dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Fort Bend County dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Nueces County dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Round Rock ISD dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Montgomery County dallas.bankruptcy@lgbs.com
H ELIZABETH WELLER on behalf of Creditor Dallas County dallas.bankruptcy@lgbs.com
ILEANA MARIA HERNANDEZ on behalf of Creditor Karlen Williams Graybill Advertising, Inc. ihernandez@manatt.com
JASON M BERGERON on behalf of Creditor Microban (Americas), a division of Microban Products Company jbergeron@fbtlaw.com, sbryant@fbtlaw.com;sbryant@ecf.inforuptcy.com;jbergeron@ecf.inforuptcy.com;mdblack@fbtlaw.com;abatts@fbtlaw.com
JASON M BERGERON on behalf of Creditor RPAI US Management, LLC jbergeron@fbtlaw.com, sbryant@fbtlaw.com;sbryant@ecf.inforuptcy.com;jbergeron@ecf.inforuptcy.com;mdblack@fbtlaw.com;abatts@fbtlaw.com
JAY W HURST on behalf of Creditor TEXAS COMPTROLLER OF PUBLIC ACCOUNTS jay.hurst@oag.texas.gov, sherri.simpson@oag.texas.gov
JEFFREY KURTZMAN on behalf of Creditor Springfield South, L.P. jkurtzma@klehr.com
JOHN C HAYWORTH on behalf of Creditor Karlen Williams Graybill Advertising, Inc. John.Hayworth@butlersnow.com, Sandra.Carlton@butlersnow.com;ECF.Notices@butlersnow.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

JOHN FRANCIS BURY on behalf of Creditor Teton LLC jfb@mbblegal.net
JOHN HAYDEN ROWLAND on behalf of Interested Party Black Diamond Commercial Finance, LLC businessbknash@bakerdonelson.com
JOHN P DILLMAN on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com
JOHN P DILLMAN on behalf of Creditor Cypress Fairbanks ISD houston_bankruptcy@publicans.com
JOHN P DILLMAN on behalf of Creditor Harris County houston_bankruptcy@publicans.com
JOHN P DILLMAN on behalf of Creditor Montgomery County houston_bankruptcy@publicans.com
JOSEPH E SHICKICH, JR on behalf of Interested Party Microsoft Corporation and Microsoft Licensing GP jshickich@foxrothschild.com
JOSEPH P RUSNAK on behalf of Interested Party Microsoft Corporation and Microsoft Licensing GP JRUSNAK@TEWLAWFIRM.com, thobbs@tewlawfirm.com
JOSEPH P RUSNAK on behalf of Creditor Microsoft Licensing, GP JRUSNAK@TEWLAWFIRM.com, thobbs@tewlawfirm.com
JOSEPH R. PROCHASKA on behalf of Interested Party Eaton Vance Institutional Senior Loan Fund JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Eaton Vance VT Floating-Rate Income Fund JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Eaton Vance CDO VIII Ltd. JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Tralee CDO I Ltd JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Nationwide Mutual Insurance Company JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Eaton Vance Short Duration Diversified Income Fund JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Creditor Gleacher Products Corp JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Eaton Vance Senior Income Trust JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Flagship CLO V JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Grayson & Co. JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Senior Debt Portfolio JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Eaton Vance Limited Duration Income Fund JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Nationwide Life Insurance Company JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSEPH R. PROCHASKA on behalf of Interested Party Eaton Vance CDO IX Ltd JProchaska@renocavanaugh.com, litnotices@renocavanaugh.com
JOSHUA ELLIOTT BELDNER on behalf of Creditor Linear Retail Nashua #5 LLC jbeldner@lh-law.com
KATHERINE KAKISH on behalf of Creditor State of Michigan Department of Treasury kakishk@michigan.gov
KATIE L MASON on behalf of Creditor Richter Realty & Investment, Inc. kmason@reinhartlaw.com
KATIE L MASON on behalf of Interested Party ROYAL APPLIANCE MFG CO kmason@reinhartlaw.com
KATIE L MASON on behalf of Interested Party HOOVER INC kmason@reinhartlaw.com
KATIE L MASON on behalf of Creditor Judge Enterprises, LLC kmason@reinhartlaw.com
KATIE L MASON on behalf of Interested Party OAC Acquisition Company LLC kmason@reinhartlaw.com
KENNETH A ROSEN on behalf of Creditor Committee Official Committee of Unsecured Creditors krosen@lowenstein.com
LINDA W. KNIGHT on behalf of Creditor QVC, INC. LKNIGHT@GSRM.COM, jcook@gsrm.com;asowney@gsrm.com
LLOYD E MUELLER on behalf of U.S. Trustee US TRUSTEE Lloyd.E.Mueller@usdoj.gov
M TAYLOR HARRIS, JR on behalf of Creditor QVC, INC. THARRIS@GSRM.COM, jmustain@gsrm.com;lcatabay@gsrm.com
MARIE KIMBERLY STAGG on behalf of Creditor Coway Co., Ltd. kstagg@dickinson-wright.com, lmarler@dickinsonwright.com,canello@dickinsonwright.com,rwolock@dickinsonwright.com
MARY L FULLINGTON on behalf of Creditor Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
MARY LAUREN TEAGUE on behalf of Creditor Scripps Networks Interactive, Inc. Lexbankruptcy@wyattfirm.com
MATTHEW ADAMSON on behalf of Interested Party Center Place Shopping Center LLC madamson@jbsl.com
MICHAEL EDWARD COLLINS on behalf of Creditor SVF HIGHLAND RIDGE, LLC mcollins@manierherod.com, TN44@ecfcbis.com;acarper@manierherod.com;rmiller@manierherod.com
MICHAEL EDWARD COLLINS on behalf of Creditor USAA Real Estate Company mcollins@manierherod.com, TN44@ecfcbis.com;acarper@manierherod.com;rmiller@manierherod.com
MICHAEL EDWARD COLLINS on behalf of Creditor HR NASH, LLC mcollins@manierherod.com, TN44@ecfcbis.com;acarper@manierherod.com;rmiller@manierherod.com
MICHAEL F MCGRATH on behalf of Creditor Tamarack Village Shopping Center mfmcgrath@ravichmeyer.com
MICHAEL G ABELOW on behalf of Creditor 155 West 68th Street Associates, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
MICHAEL G ABELOW on behalf of Creditor Ogden CAP Properties, LLC mabelow@srvhlaw.com, sdossey@srvhlaw.com
MITCHELL CRAIG SMITH on behalf of Creditor Park Associates mcsmith@millermartin.com, Elizabeth.green@millermartin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

NATALIE M. COX on behalf of U.S. Trustee US TRUSTEE natalie.cox@usdoj.gov
NATHANIEL METZ on behalf of Creditor QVC, INC. nmetz@saul.com
PAT DIXON DIXON on behalf of Creditor Fulton County Tax Commissioner pat.dixon@fultoncountyga.gov
PATRICIA BROWN FUGEE on behalf of Creditor Empire Die Casting Co., Inc. patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
PHILIP L ROBERTSON on behalf of Creditor Patchogue Realty Associates, LLC probertson@robertsonlg.com
PHILIP L ROBERTSON on behalf of Creditor Exton/Whiteland Devco probertson@robertsonlg.com
PHILIP L ROBERTSON on behalf of Creditor Simatelex Manufactory Company Limited probertson@robertsonlg.com
RICHARD A STIEGLITZ on behalf of Interested Party Nationwide Life Insurance Company rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Eaton Vance Limited Duration Income Fund rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Flagship CLO V rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Eaton Vance VT Floating-Rate Income Fund rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Creditor Gleacher Products Corp rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Senior Debt Portfolio rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Eaton Vance Institutional Senior Loan Fund rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Eaton Vance CDO VII Ltd rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Grayson & Co. rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Eaton Vance Senior Income Trust rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Eaton Vance Short Duration Diversified Income Fund rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Nationwide Mutual Insurance Company rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Tralee CDO I Ltd rstieglitz@cahill.com, mmcloughlin@cahill.com
RICHARD A STIEGLITZ on behalf of Interested Party Eaton Vance CDO IX Ltd rstieglitz@cahill.com, mmcloughlin@cahill.com
ROBERT A GUY on behalf of Creditor Deutsche Asset Wealth Management bguy@polsinelli.com
ROBERT A GUY on behalf of Creditor RPAI US Management, LLC bguy@polsinelli.com
ROBERT A GUY on behalf of Creditor Brixmor Property Group, Inc. bguy@polsinelli.com
ROBERT A GUY on behalf of Creditor The Macerich Company bguy@polsinelli.com
ROBERT A GUY on behalf of Creditor PFP Columbus II, LLC bguy@polsinelli.com
ROBERT A GUY on behalf of Creditor 3M Corp. bguy@polsinelli.com
ROBERT A GUY on behalf of Creditor Novi Town Center Investors, LLC bguy@polsinelli.com
ROBERT A GUY on behalf of Creditor Passco Companies LLC bguy@polsinelli.com
ROBERT A GUY on behalf of Creditor UCR Asset Services bguy@polsinelli.com
ROBERT J WELHOELTER on behalf of Plaintiff OAC Acquisition Company LLC rob.welhoelter@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
ROBERT J WELHOELTER on behalf of Plaintiff ROYAL APPLIANCE MFG CO rob.welhoelter@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
ROBERT J WELHOELTER on behalf of Interested Party HOOVER INC rob.welhoelter@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
ROBERT J WELHOELTER on behalf of Interested Party OAC Acquisition Company LLC rob.welhoelter@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
ROBERT J WELHOELTER on behalf of Interested Party ROYAL APPLIANCE MFG CO rob.welhoelter@wallerlaw.com, chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com
ROBERT L LEHANE on behalf of Creditor Regency Centers, L.P. kdwbankruptcydepartment@kelleydrye.com
ROBERT L LEHANE on behalf of Creditor DDR Corp. kdwbankruptcydepartment@kelleydrye.com
S DELK KENNEDY, JR on behalf of Creditor c/o ASST U S ATTORNE INTERNAL REVENUE SERVICE delk.kennedy@usdoj.gov, mechele.gentry@usdoj.gov;kristee.adcock@usdoj.gov
S JASON TEELE on behalf of Creditor Committee Official Committee of Unsecured Creditors steele@lowenstein.com
SEAN CHARLES KIRK on behalf of Creditor Centennial Lakes Plaza, LLC skirk@bonelaw.com
SEAN CHARLES KIRK on behalf of Interested Party Center Place Shopping Center LLC skirk@bonelaw.com
SHARON L LEVINE on behalf of Creditor Committee Official Committee of Unsecured Creditors slevine@lowenstein.com
SUSAN L. LISSANT on behalf of Creditor Missouri Department of Revenue mdtn@dor.mo.gov
TARA E NAUFUL on behalf of Creditor Sonoco Products Company tara.nauful@arlaw.com, candice.carter@arlaw.com
THEODORE A COHEN on behalf of Creditor Coway Co., Ltd. tcohen@sheppardmullin.com
THOMAS H. FORRESTER on behalf of Creditor QVC, INC. TForrester@GSRM.COM, jcook@gsrm.com;asowney@gsrm.com
US TRUSTEE ustpregion08.na.ecf@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

VICTOR W NEWMARK on behalf of Creditor Otay Main Street, LLC vnewmark@evict.net, bankruptcy@evict.net
VICTOR W NEWMARK on behalf of Creditor SFERS Real Estate Corp. J vnewmark@evict.net, bankruptcy@evict.net
WILLIAM FREDERICK MCCORMICK on behalf of Creditor Tennessee Department of Revenue agbanklundin@ag.tn.gov
WILLIAM L NORTON, III on behalf of Debtor Oreck Sales, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Defendant Oreck Merchandising, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Financial Advisor Gavin/Solmonese, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Debtor ASP Oreck, Inc. bnorton@babc.com
WILLIAM L NORTON, III on behalf of Debtor Oreck Manufacturing Co. bnorton@babc.com
WILLIAM L NORTON, III on behalf of Debtor Oreck Holdings, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Debtor Oreck Corporation bnorton@babc.com
WILLIAM L NORTON, III on behalf of Debtor Oreck HomeCare, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Debtor Oreck Merchandising, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Liquidator Gavin/Solmonese LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Debtor Oreck Direct, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Plaintiff O Corp Corporation f/k/a Oreck Corporation bnorton@babc.com
WILLIAM L NORTON, III on behalf of Attorney Bradley Arant Boult Cummings LLP bnorton@babc.com
WILLIAM L NORTON, III on behalf of Plaintiff Gavin/Solmonese, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Debtor Vecteur, LLC bnorton@babc.com
WILLIAM L NORTON, III on behalf of Defendant Oreck Corporation bnorton@babc.com

TOTAL: 189

Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 11/22/2019

**UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>ASP O Inc. f/k/a ASP Oreck, Inc.<br>O Direct, LLC f/k/a Oreck Direct, LLC<br>O Sales, LLC f/k/a Oreck Sales, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 13-4008<br>Case No. 13-4009<br>Case No. 13-4016<br><br>Judge Mashburn<br><br>(Jointly Administered under<br>Case No. 13-4006; O Corp Corporation f/k/a<br>Oreck Corporation)<br><br>Hearing: Nov. 26, 2019 |

**ORDER DISMISSING CERTAIN CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion")[1] of Gavin/Solmonese LLC, in its capacity as the Liquidating Trustee for the Liquidating Trust established pursuant to the confirmed Plan in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), for, *inter alia*, entry of an order dismissing the Chapter 11 Cases; and the Court having jurisdiction to consider the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having reviewed the Motion and determined that granting the relief requested therein is in the best interests of the Debtors' estates and creditors, and that the legal and factual bases set forth in the Motion establish just cause to dismiss the Chapter 11 Cases of the above-captioned Debtors;

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion, or the Plan, as applicable.

28375/2
11/22/2019 37711812.3

and it appearing that notice of the Motion and an opportunity for a hearing thereon was provided pursuant to Local Rule 9013-1 and that no objections were filed and no further notice is required; and this Court having determined that the legal and factual bases set forth in the Motion and at any hearing on the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

It is hereby **ORDERED** as follows:

1. The Chapter 11 Cases of ASP O Inc. f/k/a ASP Oreck, Inc. (Case No. 13-4008), O Direct, LLC f/k/a Oreck Direct, LLC (Case No. 13-4009), and O Sales, LLC f/k/a Oreck Sales, LLC (Case No. 13-4016) are hereby dismissed pursuant to § 1112(b) of the Bankruptcy Code.

2. Except as provided in § 349 of the Bankruptcy Code, all prior Orders of this Court entered in the Chapter 11 Cases of the above-captioned Debtors shall remain in full force and effect and shall survive the dismissal of such Chapter 11 Cases.

3. For the purpose of calculating quarterly fees payable to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6), all disbursements made by the Liquidating Trust through and including the date of entry of this Order shall be included in such calculation. The Liquidating Trustee shall not be responsible to file any operating reports or pay any quarterly fees for any period following the date of entry of this Order.

4. This Court shall retain jurisdiction to enforce or interpret any of its orders pertaining to the Chapter 11 Cases and to hear and determine all matters arising from or related to the Chapter 11 Cases or this Order.

5. This Order shall be entered in (a) each of the Chapter 11 Cases identified in Paragraph 1 hereof, and (b) in the jointly administered lead Chapter 11 Case of O Corp Corporation f/k/a Oreck Corporation (Case No. 13-4006).

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:


*//s/ Daniel H. Puryear*
Daniel H. Puryear; No. 18190
The Puryear Law Group
104 Woodmont Boulevard
Woodmont Centre, Suite 201
Nashville, TN 37205
Telephone: (615) 630-6601
Facsimile: (615) 630-6602

- and -

*/s/ Michael Savetsky*
Michael Savetsky, Esq. (admitted *pro hac vice*)
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

- and -

*/s/ William L. Norton III*
William L. Norton, III (#010075)
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-2397

*Counsel for the Liquidating Trustee*



This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.